HERBERT W. PEARSON and others *vs.* CITY OF DULUTH.

May 7, 1889.

Negligence—Evidence.

Appeal by defendant from an order of the district court for St. Louis county, *Stearns*, J., presiding, refusing a new trial.    The action was to recover damages for the flooding of plaintiffs' merchandise through the alleged negligence of defendant in maintaining insufficient and improper gutters along the public highway in front of plaintiffs' premises.    Upon the trial the defendant objected and excepted to the admission of evidence of the condition of the gutters at other times than during the particular storms mentioned in the complaint.

*S. L. Smith*, for appellant.

*Allen & Parkhurst*, for respondents.

*By the Court.*    The single exception taken on the trial was without merit, and an examination of the record satisfies us that the evidence justified the verdict.

Order affirmed.